**Electronically Filed
Supreme Court
SCWC-16-0000639
29-AUG-2017
03:04 PM**

SCWC-16-0000639

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

MORTON BASSAN, JR. and KEIKO BASSAN,
Petitioners/Plaintiffs-Appellants,

vs.

FEDERAL LAND BANK OF HAWAII (FLBH) ET AL.
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000639; CIV. NO. 15-1-416K)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on July 24, 2017, is hereby dismissed.

DATED:  Honolulu, Hawaiʻi, August 29, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

